# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 9, 2009

Charles R. Fulbruge III
Clerk

No. 08 - 60567

DAISAN A NETTLES; DIRECTOR, OFFICE OF WORKER'S
COMPENSATION PROGRAMS, US DEPARTMENT OF LABOR

Petitioners

v.

NORTHROP GRUMMAN SHIP SYSTEMS INC

Respondent

Petition for Review of an Order of the
United States Department of Labor Benefits Review Board
BRB No. 07-0356

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.